IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER RODRIGUEZ, JORGE ESQUILIN, HARRY CHARCALIS, and DARREN COUTURIER, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-WIRE ENGINEERING SOLUTIONS, INC.; COMCAST CORPORATION; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | No.: 1:21-cv-10752<br><br>Hon. Patti B. Saris, U.S.D.J. |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE SETTLEMENT AND PRELIMINARY APPROVAL <u>OF CLASS ACTION SETTLEMENT</u>**

Plaintiffs Javier Rodriguez, Jorge Esquilin, Harry Charcalis, and Darren Couturier (collectively, "Plaintiffs") hereby move the Court for preliminary approval of the Settlement as to the proposed State Classes and approval of the Settlement as to the Collective pursuant to Fed. R. Civ. P. 23(a) and (b)(3) and 29 U.S.C. § 216(b), respectively. In particular, Plaintiffs move for an Order:

(1) Granting preliminary approval of the Settlement as to the Maine, Massachusetts, New Hampshire, New Jersey, and Pennsylvania Classes ("State Classes"), pursuant to Fed. R. Civ. P. 23(e);

(2) Preliminarily certifying the State Classes for settlement purposes pursuant to Fed. R. Civ. P. 23(a) and (b)(3);

1

(3) Granting approval of the Settlement as to the Collective as a fair and reasonable resolution of a *bona fide* dispute, pursuant to 29 U.S.C. § 216(b);

(4) Approving the proposed schedule and procedure for completing the final approval process for the Settlement, including the Court's Final Approval Hearing;

(5) Approving the Notice of Settlement to be sent to State Class Members and Collective Members ("Settlement Notice," attached respectively as Exhibits A and B to the Settlement);

(6) Preliminarily appointing Plaintiffs Javier Rodriguez, Jorge Esquilin, Harry Charcalis, and Darren Couturier as Class Representatives for the respective State Classes and Collective Representatives of the Collective;

(7) Preliminarily approving Schneider Wallace Cottrell Konecky LLP and Berger Montague PC as Co-Lead Class Counsel for the State Classes and Co-Lead Collective Counsel for the Collective;

(8) Appointing Phoenix Class Action Administration Solutions as the Settlement Administrator;

(9) Approving the Settlement Notice and notice plan identified in the Settlement; and

(10) Approving the following proposed implementation schedule:

| | |
|---|---|
| Comcast to send CAFA Notice | Within ten (10) days after submission of the Settlement Agreement to the Court |
| Comcast to Provide Settlement Administrator and Class Counsel with Settlement Class Information | Within ten (10) business days after the Court's Preliminary Approval Order |
| Settlement Administrator's completion of reasonable efforts to identify current addresses for members of the State Classes and Collective | As soon as practicable |
| Settlement Notice to Be Sent by Settlement Administrator | Within ten (10) business days after the Settlement Administrator completes reasonable efforts to |

|  | identify current addresses |
|---|---|
| Deadline to Postmark Objections or Requests for Exclusion ("Notice Deadline") | Sixty (60) days after the Settlement Notice is initially mailed |
| Filing of Plaintiffs' Motion for Approval of Attorneys' Fees and Costs, and Plaintiffs' Service Awards | Twenty one (21) days prior to the Notice Deadline |
| Filing of Plaintiffs' Motion for Final Approval | Fourteen (14) days prior to the Final Approval Hearing |
| Final Approval Hearing | At the Court's convenience, no earlier than thirty (30) days after the Notice Deadline |

Plaintiffs bring this Motion pursuant to Federal Rule of Civil Procedure 23(e) and long-established case law precedent requiring Court approval for Fair Labor Standards Act settlements. This Motion is based on the accompanying Memorandum of Law and the Declaration of Ori Edelstein filed herewith, and all other records, pleadings, and papers on file in this action and such other evidence or argument as may be presented to the Court. Defendants Comcast does not oppose the relief requested by this Motion.

Plaintiffs also submit herewith a Proposed Order Granting Plaintiffs' Unopposed Motion for Approval of Collective Settlement and Preliminary Approval of Class Action Settlement.

Dated: March 17, 2023

Respectfully submitted,

 */s/ Ori Edelstein*
Carolyn H. Cottrell (*to be admitted pro hac vice*)
Ori Edelstein (*admitted pro hac vice*)
Michelle S. Lim (*admitted pro hac vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel.: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Shanon J. Carson (*admitted pro hac vice*)
Camille Fundora Rodriguez (*admitted pro hac vice*)
Lane L. Vines (*admitted pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
scarson@bm.net
crodriguez@bm.net
lvines@bm.net

Jason M. Leviton (MA Bar No. 678331)
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
jason@blockleviton.com

*Attorneys for Plaintiffs, the Collective, and the Proposed Classes*

## **CERTIFICATE OF CONFERENCE**

In accord with LR 7.1(a)(3), I hereby certify that Plaintiffs' counsel has conferred with counsel for Defendants Comcast Corporation and Comcast Cable Communications, LLC and that Defendants assent to the relief requested.

  _/s/ Ori Edelstein_
Ori Edelstein

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2023, a copy of this document was served by electronic filing on all counsel of record.

  _/s/ Ori Edelstein_
Ori Edelstein
