IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER RODRIGUEZ, JORGE ESQUILIN, HARRY CHARCALIS, and DARREN COUTURIER, individually and on behalf of all persons similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>TRI-WIRE ENGINEERING SOLUTIONS, INC.; COMCAST CORPORATION; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>        Defendants. | No. 1:21-cv-10752-PBS |

**JOINT SUPPLEMENTAL STATEMENT IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Pursuant to the March 30, 2023 Electronic Clerk's Notes (ECF 109) and the Court's direction at the March 30, 2023 hearing on Plaintiffs' Unopposed Motion for Approval of Collective Settlement and Preliminary Approval of Class Action Settlement (ECF 105-107), Plaintiffs Javier Rodriguez, Jorge Esquilin, Harry Charcalis, and Darren Couturier ("Plaintiffs") and Defendants Comcast Corporation and Comcast Cable Communications Management, LLC (together, "Comcast" and with Plaintiffs, the "Parties") submit this joint supplemental statement to propose revised versions of the Notice of Class Action Settlement and Notice of Collective Action Settlement (together, the "Notices"). The revised Notices provide further explanation regarding the weighting allocation for settlement shares to be used in making allocations to participating members of the Settlement Class under the proposed Settlement in this case.

1

*4/19/23*

*approved*

*[signature] Paul B Sees*