Case 1:21-cv-10752-PBS Document 139 Filed 12/05/23 Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER RODRIGUEZ, JORGE ESQUILIN, HARRY CHARCALIS, and DARREN COUTURIER, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-WIRE ENGINEERING SOLUTIONS, INC.; COMCAST CORPORATION; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | No.: 1:21-cv-10752<br><br>Hon. Patti B. Saris, U.S.D.J. |

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS**

AND NOW, this 5th day of December 2023 at 10:30 a.m., upon consideration of Plaintiffs' Motion for Approval of Attorneys' Fees and Costs and Service Awards, the Court grants Plaintiffs' Motion and ORDERS as follows:

1. The Court has jurisdiction over the claims of the Class and Collective Members asserted in this proceeding and over all Parties in this action.

2. Notice to the Class, including information regarding the requested award of attorneys' fees and costs, was directed to Class Members in a reasonable manner, and complied with Rule 23(h)(1) of the Federal Rules of Civil Procedure.

3. Class Members have been given the opportunity to object in compliance with Fed. R. Civ. P. 23(h)(2).

4. No Class Member has objected to the requested fees and expenses and service awards.

5. Class Counsel have substantiated their fee request with a declaration describing their billing practices, billing rates, hours worked, work tasks performed and corresponding lodestar for the time invested into this case. The declaration ~~demonstrates~~ claims a total lodestar of approximately $1,384,477 based on over 2,253.7 hours of work, as of November 15, 2023.

6. Based on a fee request of $665,000, the declaration of Class Counsel documenting their lodestar shows that a fee award of this amount would result in a negative multiplier, of approximately 0.48 or less. Class Counsel also seek reimbursement of actual out-of-pocket costs of $75,000, which are documented in the declarations of Class Counsel as well.

7. The Court finds that Class Counsel's hourly rates are within the prevailing range of hourly rates charged by attorneys providing similar services in class action, wage-and-hour cases. The declarations submitted in support of the motion demonstrate that the attorneys representing the class have the experience and qualifications necessary to represent the Class.

8. The Court finds that the total hours worked by class counsel are reasonable, given the nature of the case and the defenses presented, the work class counsel had to undertake, the manner in which class counsel allocated their work, and the results achieved.

9. Plaintiffs' fee request of $665,000 represents one-third (1/3) of the Gross Settlement Amount, which is reasonable under both applicable law, and in light of the contingent risk, factual and legal risks, Class Counsel's documented lodestar, the complex and protracted nature of the case, and strong result for the Class.

10. Class Counsel are entitled to recover the out-of-pocket costs and litigation expenses they reasonably incurred in investigating, prosecuting, and settling this case. The Court

finds that Class Counsel's out-of-pocket costs and expenses of $75,000 are documented, and reasonable and necessary to the prosecution of this action, in light of the protracted nature of the case, the vigorousness of Defendants' legal defense, the motion practice, amount of documentary evidence, the parallel bankruptcy proceedings, and the mediation and arms'-length negotiations necessary to achieve the settlement.

11. The Court FINALLY APPROVES Class Counsel's request for attorneys' fees in the amount of one-third of the Gross Settlement Amount, for a total of $665,000, pursuant to the terms of the Class and Collective Action Settlement Agreement (Dkt. 107-1, 115-1) that the Court has preliminarily approved.

12. The Court FINALLY APPROVES Class Counsel's request for actual out-of-pocket costs in the amount of $75,000.

13. The Court further finds that the requested service awards are fair and reasonable for the service Plaintiffs Javier Rodriguez, Jorge Esquilin, Harry Charcalis, and Darren Couturier provided to the Classes and Collective and the broader release they executed than the Class and Collective Members.

14. The Court FINALLY APPROVES the payment of Service Awards to Plaintiffs Javier Rodriguez, Jorge Esquilin, Harry Charcalis, and Darren Couturier, in the amount of $5,000 each.

**SO ORDERED** this 5 day of December 2023.

Patti B. Saris
HON. PATTI B. SARIS
UNITED STATES DISTRICT JUDGE